| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Jekyll Brewing, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3840647** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2929 Savannah Walk Lane** **Suwanee, GA 30024** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Gwinnett** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Jekyll Brewing, LLC**                                                              Case number *(if known)* _____
       Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Jekyll Brewing, LLC**                                    Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Jekyll Brewing, LLC**
         Name                                                        Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 17, 2026**
              MM / DD / YYYY

**X** **/s/ Michael Lundmark**                              **Michael Lundmark**
      Signature of authorized representative of debtor        Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X** **/s/ Michael D Robl**                                Date  **January 17, 2026**
      Signature of attorney for debtor                             MM / DD / YYYY

**Michael D Robl 610905**
Printed name

**Robl & Bowen LLC**
Firm name

**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
Number, Street, City, State & ZIP Code

Contact phone  **404-373-5153**        Email address  **michael@roblgroup.com**

**610905 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Jekyll Brewing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2026**        X **/s/ Michael Lundmark**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Lundmark**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Jekyll Brewing, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................   $ _____ 25,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................   $ _____ 25,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 2,359,631.46

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 142,202.35

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____ 1,863,788.58

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 4,365,622.39

**Fill in this information to identify the case:**

Debtor name    **Jekyll Brewing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                    % of ownership

| | | | |
|---|---|---|---|
| | **ownership of Jekyll Brewing Gainesville LLC, Jekyll Brewing City Center LLC, Alpha** | | |
| 15.1. | **Main LLC, Jekyll Brewing Jax Beach LLC** | **100** % | **Unknown** |

Debtor    **Jekyll Brewing, LLC**                                   Case number *(If known)* _____
          Name

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                    | $0.00 |

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**To the best of Debtor's knowledge all FF&E**<br>**was auctioned off by a secured lender** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                                    | $0.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **Jekyll Brewing, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.　**Notes receivable**
　　　Description (include name of obligor)

72.　**Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)

73.　**Interests in insurance policies or annuities**

74.　**Causes of action against third parties (whether or not a lawsuit has been filed)**
　　　**Debtor has a claim against the former Director of Operations for negligence and breach of fiduciary duties in failing to properly wind down operations, causing loss of employees, loss of revenues, and unpaid bills** — **Unknown**
　　　Nature of claim _____
　　　Amount requested **$0.00**

　　　**Claims against ADP for money witheld but not remitted to the State of Georgia when ADP failed to file returns (amount is approximate)** — **$25,000.00**
　　　Nature of claim _____
　　　Amount requested **$0.00**

75.　**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.　**Trusts, equitable or future interests in property**

77.　**Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Jekyll Brewing, LLC**                                   Case number *(If known)* _____
           Name

78.  **Total of Part 11.**                                                          | $25,000.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor    **Jekyll Brewing, LLC**                                    Case number *(if known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,000.00 |

**Fill in this information to identify the case:**

Debtor name __**Jekyll Brewing, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1  Amicus Funding Group LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $56,649.35 | $0.00 |
| **550 1st Ave N Saint Petersburg, FL 33701**<br>Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  CHTD COMPANY**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
| **801 Adlai Stevenson Drive Springfield, IL 62703**<br>Creditor's mailing address | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor  **Jekyll Brewing, LLC**                                    Case number (if known) _____
         Name

■ No
☐ Yes. Specify each creditor,                ☐ Contingent
including this creditor and its relative      ☐ Unliquidated
priority.                                      ☐ Disputed

---

| 2.3 | **Crown Equipment Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

Creditor's Name

**P.O. Box 29071**
**Glendale, CA 91209-9071**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known            ■ No
                                              ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.4 | **eLease Funding Inc** | Describe debtor's property that is subject to a lien | **$1.00** | **$0.00** |

Creditor's Name

**550 1st Ave N**
**Saint Petersburg, FL 33701**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known            ■ No
                                              ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.5 | **FINANCIAL AGENT SERVICES** | Describe debtor's property that is subject to a lien | **$1.00** | **$0.00** |

Creditor's Name

**801 Adlai Stevenson Drive**
**Springfield, IL 62703**
Creditor's mailing address

**Describe the lien**

---

Debtor   **Jekyll Brewing, LLC**                                    Case number (if known) _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Financial Pacific Leasing Inc** | Describe debtor's property that is subject to a lien | $44,406.64 | Unknown |

Creditor's Name

**Equpment financed by Financial Pacific Leasing Inc**

**PO Box 4568**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First Utah Bank** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |

Creditor's Name

**11025 South State St**
**Sandy, FL 84070**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Jekyll Brewing, LLC**
_____    Case number (if known) _____
Name

| 2.8 | **Georgia Department of Revenue** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**PO Box 740387
Atlanta, GA 30374-0387**

Creditor's mailing address

**Describe the lien**

taxes

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Keg Logistics LLC** | Describe debtor's property that is subject to a lien | **$56,649.35** | **$0.00** |

Creditor's Name

**9110 East Nichols Avenue
Suite 105
Centennial, CO 80112**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **KLC Financial LLC** | Describe debtor's property that is subject to a lien | **$70,202.50** | **$0.00** |

Creditor's Name

**4350 Baker Rd
Suite 100
Minnetonka, MN 55343**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

Debtor    **Jekyll Brewing, LLC**
_____
Name

Case number (if known) _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Macquarie Equip Capital** | Describe debtor's property that is subject to a lien | $135,408.62 | $0.00 |

Creditor's Name

**1301 Riverplace Blvd
Jacksonville, FL 32207**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Marlin Leasing Corp** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
| | | **Furniture and custom table** | | |

Creditor's Name

**300 Fellowship Rd
Mount Laurel, NJ 08054**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **New York Hop Guild LLC** | Describe debtor's property that is subject to a lien | $17,539.17 | $0.00 |

Debtor    **Jekyll Brewing, LLC** _____    Case number *(if known)* _____
     Name

Creditor's Name

**c/o Richard Howe
4385 Kimball Bridge RD,
STE 10
Alpharetta, GA 30022**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Signature Bank** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**6065 Roswell Road
Suite 600
Atlanta, GA 30328**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Synovus Bank** | **Describe debtor's property that is subject to a lien** | $1,445,468.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Claim amount subject to reduction by value
of assets sold**

**33 W 14th Street
Columbus, GA 31901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **Jekyll Brewing, LLC**                                          Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **U.S. Small Bus Admin** | **Describe debtor's property that is subject to a lien** | $533,302.63 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **US Foods Inc** | **Describe debtor's property that is subject to a lien** **All personal property** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**7950 Spence Rd
Fairburn, GA 30213**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1.00 | $0.00 |
|---|---|---|---|---|

---

Debtor    **Jekyll Brewing, LLC**
_____        Case number (if known) _____
Name

Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**
Creditor's mailing address                              **Describe the lien**
_____

                                                        **Is the creditor an insider or related party?**

_____                 ■ No
Creditor's email address, if known                       ☐ Yes

                                                        **Is anyone else liable on this claim?**

**Date debt was incurred**                               ■ No
                                                         ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

                                                        **As of the petition filing date, the claim is:**
**Do multiple creditors have an**                        Check all that apply
**interest in the same property?**                       ☐ Contingent
■ No                                                     ☐ Unliquidated
☐ Yes. Specify each creditor,                            ☐ Disputed
including this creditor and its relative
priority.
_____

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$2,359,631.46** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Jekyll Brewing, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aguilar Raymundo, Jose**<br>**1205 COUSINS ROAD**<br>**WOODSTOCK, GA 30188** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,001.04 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Aguilar, Josefa**<br>**1205 COUSINS ROAD**<br>**WOODSTOCK, GA 30188** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,285.55 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |

| Debtor | **Jekyll Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.43 | $0.00 |
|---|---|---|---|---|
| | **Aguilar, Kevin** | *Check all that apply.* | | |
| | **1205 COUSINS ROAD** | ☐ Contingent | | |
| | **WOODSTOCK, GA 30188** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.26 | $0.00 |
|---|---|---|---|---|
| | **Aldrete, Keilani** | *Check all that apply.* | | |
| | **255 GRAND CYPRESS DR** | ☐ Contingent | | |
| | **APT 1225** | ☐ Unliquidated | | |
| | **SAINT JOHNS, FL 32259** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.74 | $0.00 |
|---|---|---|---|---|
| | **Alvarez, Carlo** | *Check all that apply.* | | |
| | **2001 HODGES BOULEVARD** | ☐ Contingent | | |
| | **1310** | ☐ Unliquidated | | |
| | **JACKSONVILLE, FL 32224** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.68 | $0.00 |
|---|---|---|---|---|
| | **Anderson, Ben** | *Check all that apply.* | | |
| | **3610 LEACH ROAD** | ☐ Contingent | | |
| | **GAINESVILLE, GA 30506** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor    **Jekyll Brewing, LLC**                                     Case number *(if known)* _____
         _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $339.19 | $0.00 |
|---|---|---|---|---|

**Anderson, Lilah**
**3610 LEACH ROAD**
**GAINESVILLE, GA 30506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $172.86 | $0.00 |
|---|---|---|---|---|

**Arreola, Porfirio**
**210 JOSEPH STREET**
**CANTON, GA 30115-4564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,931.56 | $0.00 |
|---|---|---|---|---|

**Artemis, Kristy**
**403 HATHAWAY AVENUE**
**WOODSTOCK, GA 30188-5062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $79.78 | $0.00 |
|---|---|---|---|---|

**Bacaron, Johan**
**409 CITRONELLE DRIVE**
**WOODSTOCK, GA 30188-3622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Jekyll Brewing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$414.24** | **$0.00** |
|---|---|---|---|---|

**Barahona, Angie**
**109 William St**
**A**
**Gainesville, GA 30501-6252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$230.25** | **$0.00** |
|---|---|---|---|---|

**Baron, Elise**
**5035 ROCKINGHAM DRIVE**
**ROSWELL, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$101.48** | **$0.00** |
|---|---|---|---|---|

**Bessada, Madeline**
**121 TOWEY TRAIL**
**WOODSTOCK, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155.97** | **$0.00** |
|---|---|---|---|---|

**Bettinger, Lyndsey**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Jekyll Brewing, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.65 | $0.00 |
|------|---|---|---|---|

**Bolyard, Will**
**247 ARBOR HILL ROAD**
**CANTON, GA 30115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | $708.43 | $0.00 |
|------|---|---|---|---|

**Bonadonna, Shannon**
**13326 AVENTIDE LANE**
**ALPHARETTA, GA 30004-4929**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | $377.16 | $0.00 |
|------|---|---|---|---|

**Bowers, Ethan**
**2165 FAIRFAX DRIVE**
**ALPHARETTA, GA 30009-3478**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | $73.30 | $0.00 |
|------|---|---|---|---|

**Buchanan, Preston**
**605 ROCKY CREEK POINT**
**WOODSTOCK, GA 30188-4727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor    **Jekyll Brewing, LLC**                                        Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.88 | $0.00 |
|---|---|---|---|---|

**Byers, Noah**
**5143 WHISPERING PINES DRIVE**
**GAINESVILLE, GA 30504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,962.10 | $0.00 |
|---|---|---|---|---|

**Clancy, Ryan**
**1028 BRADDOCK CIRCLE**
**WOODSTOCK, GA 30189-6118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.12 | $0.00 |
|---|---|---|---|---|

**Cogswell, Michaela**
**7217 STRICKLIN LANE**
**KEYSTONE HEIGHTS, FL**
**32656-8570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,514.00 | $0.00 |
|---|---|---|---|---|

**Contreras, David**
**53 OLD HOLCOMB BRIDGE WAY**
**ROSWELL, GA 30076-4307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

Debtor    **Jekyll Brewing, LLC**                                                    Case number *(if known)* _____

          Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.98 | $0.00 |
|------|---|---|---|---|

**Cordoba, Maria**
**1100 SEAGATE AVENUE**
**APT 212**
**NEPTUNE BEACH, FL 32266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,522.42 | $0.00 |
|------|---|---|---|---|

**Cortez Guadarrama, Edgar**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,652.67 | $0.00 |
|------|---|---|---|---|

**Crater, Dana**
**1575 Ridenour Pkwy NW**
**213**
**Kennesaw, GA 30152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.72 | $0.00 |
|------|---|---|---|---|

**Cristhian, Anibal**
**609 Eagles Crest Village Lane**
**Roswell, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Jekyll Brewing, LLC**
_____                    Case number (if known) _____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.41 | $0.00 |
|------|---|---|---|---|

**Cruz-Caldas, Cynthia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.34 | $0.00 |
|------|---|---|---|---|

**Cupidore, Courtney**
**1138 Mayport Landing Dr**
**Atlantic Beach, FL 32233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $614.10 | $0.00 |
|------|---|---|---|---|

**Currier, Andrea**
**20 1st Street**
**Apt 5**
**Jacksonville Beach, FL 32250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.30 | $0.00 |
|------|---|---|---|---|

**DANIEL, JASON**
**1561 PINEBREEZE DR**
**MARIETTA, GA 30062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Jekyll Brewing, LLC**                                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,391.45 | $0.00 |

2.31 Priority creditor's name and mailing address

**De La Cruz Alzamora, Elmer**
**7507 Covewood Drive**
**Jacksonville, FL 32256-1501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,391.45        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.32 Priority creditor's name and mailing address

**Deboutte, Amanda**
**4090 HODGES BOULEVARD**
**2603**
**JACKSONVILLE, FL 32224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,136.40        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.33 Priority creditor's name and mailing address

**Downing, Christina**
**900 PRESTON GLEN CIRCLE**
**106**
**CANTON, GA 30114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$670.45        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.34 Priority creditor's name and mailing address

**Dyer, Wesley**
**108 Mandalay Road**
**Gainesville, GA 30501-1446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,678.55        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Jekyll Brewing, LLC**                                         Case number (if known) _____
         Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.59 | $0.00 |
|---|---|---|---|---|

**Ely, Elizabeth**
**1324 OVERLAND PARK DRIVE**
**BRASELTON, GA 30517-1407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,071.52 | $0.00 |
|---|---|---|---|---|

**Estrada Elias, Oscar**
**1205 COUSINS ROAD**
**WOODSTOCK, GA 30188-5564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.92 | $0.00 |
|---|---|---|---|---|

**EWING, JEFFREY T**
**6724 CRESTWOOD PENINSULA**
**FLOWERY BRANCH, GA**
**30542-2653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,253.92 | $0.00 |
|---|---|---|---|---|

**Faircloth, Rebecca**
**100 GREAT HARBOR WAY**
**APT 1805**
**PONTE VEDRA BEACH, FL**
**32082-1277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Jekyll Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$657.48** | **$0.00** |
|---|---|---|---|---|

**Farmer, Bram**
**394 E DIXIE AVE SE**
**MARIETTA, GA 30060-2514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$404.58** | **$0.00** |
|---|---|---|---|---|

**Ferguson, Joseph**
**653 MONUMENT ROAD**
**611**
**JACKSONVILLE, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$899.33** | **$0.00** |
|---|---|---|---|---|

**Gazur, Aliyah**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$947.78** | **$0.00** |
|---|---|---|---|---|

**Giles, Kensington**
**205 FOOTHILL DRIVE**
**WOODSTOCK, GA 30188-2807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Jekyll Brewing, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$767.43** | $0.00 |
| | **Girolami, Peter** | *Check all that apply.* | | |
| | **349 Rum Runner Way** | ☐ Contingent | | |
| | **Saint Johns, FL 32259-2271** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,020.87** | $0.00 |
| | **Godwin, Alena** | *Check all that apply.* | | |
| | **307 Buckpasser Court** | ☐ Contingent | | |
| | **Acworth, GA 30102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,377.00** | $0.00 |
| | **Gomez, Fabiola** | *Check all that apply.* | | |
| | **1304 ROSEMONT PARKWAY** | ☐ Contingent | | |
| | **1304** | ☐ Unliquidated | | |
| | **ROSWELL, GA 30076** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,326.92** | $0.00 |
| | **GREEN, CHRISTOPHER F** | *Check all that apply.* | | |
| | **5305 LOWER CREEK COURT** | ☐ Contingent | | |
| | **CUMMING, GA 30040-6491** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

Debtor    **Jekyll Brewing, LLC**                                    Case number (if known)
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,604.02 | $0.00 |

**Hallmark, Lexxi**
**4360 DEERWOOD LAKE PKWY**
**APT 207**
**JACKSONVILLE, FL 32216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.33 | $0.00 |

**Harkins, Mary**
**260 HOLLYBERRY DRIVE**
**ROSWELL, GA 30076-1214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.05 | $0.00 |

**Harrington, Andrew**
**1067 DAVENTRY CROSSING**
**WOODSTOCK, GA 30188-7135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.12 | $0.00 |

**Harrington, Lana**
**1067 DAVENTRY CROSSING**
**WOODSTOCK, GA 30188-7135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Jekyll Brewing, LLC**                                           Case number *(if known)* _____
_____
Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.15 | $0.00 |
|------|--|--|--|--|

**Harrison, Charlize**
**5040 ROCKINGHAM DR**
**ROSWELL, GA 30075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.60 | $0.00 |
|------|--|--|--|--|

**Hastreiter, Faith**
**1848 PARKCREST DRIVE**
**JACKSONVILLE, FL 32211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.73 | $0.00 |
|------|--|--|--|--|

**Heatwole, Hanna**
**320 11TH AVENUE NORTH**
**JACKSONVILLE BEAC, FL 32250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.82 | $0.00 |
|------|--|--|--|--|

**Heber, Elizabeth**
**900 BUICE LAKE PARKWAY**
**8107**
**ACWORTH, GA 30102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Jekyll Brewing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$874.99** | **$0.00** |
|---|---|---|---|---|

**Henderson, Rob**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$211.48** | **$0.00** |
|---|---|---|---|---|

**Hernandez, Hector**
**2216 CHICOPEE STREET**
**GAINESVILLE, GA 30504-5904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,566.91** | **$0.00** |
|---|---|---|---|---|

**Hernandez, Miguel**
**2216 CHICOPEE STREET**
**GAINESVILLE, GA 30504-5904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$411.37** | **$0.00** |
|---|---|---|---|---|

**Herson, Charlie**
**522 ROKEBY DR**
**WOODSTOCK, GA 30188-6914**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Jekyll Brewing, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 2.59 | Priority creditor's name and mailing address **HERSON, THOMAS E 522 ROKEBY DR WOODSTOCK, GA 30188-6914** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,442.30 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.60 | Priority creditor's name and mailing address **Hinkle, Peyton 3230 Mystic Pond Loop Lakeland, FL 33811-2283** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $42.75 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.61 | Priority creditor's name and mailing address **Kelley, Olivia 6037 Coventry Circle Alpharetta, GA 30004-7415** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $814.16 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.62 | Priority creditor's name and mailing address **Kelly, Sophia 631 2ND AVENUE SOUTH JACKSONVILLE BEAC, FL 32250** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $614.30 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Jekyll Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.33 | $0.00 |
|---|---|---|---|---|

**Kreider, Deanna**
**4460 Hodges Boulevard**
**209**
**Jacksonville, FL 32224-5201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,508.82 | $0.00 |
|---|---|---|---|---|

**Lagi, Kiera**
**187 FIFTH AVE SOUTH**
**JACKSONVILLE BEAC, FL 32250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $939.25 | $0.00 |
|---|---|---|---|---|

**Lane, Anna**
**2745 LAURELWOOD LANE**
**ALPHARETTA, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.20 | $0.00 |
|---|---|---|---|---|

**Laughlin, Lauren**
**4814 HUNTERS OAKS LANE**
**ALPHARETTA, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Jekyll Brewing, LLC**                                    Case number *(if known)*
_____
Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,073.87** | **$0.00** |
|---|---|---|---|---|

**Leuzarder, Patrick**
**106 JUNALUSKA DRIVE**
**WOODSTOCK, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$740.37** | **$0.00** |
|---|---|---|---|---|

**Lingerfelt, Emerald**
**123 RIVERBEND CIRCLE**
**GAINESVILLE, GA 30501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.66** | **$0.00** |
|---|---|---|---|---|

**Lonardo, Jessica**
**402 Caboose Lane**
**Valrico, FL 33594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.31** | **$0.00** |
|---|---|---|---|---|

**Lopez, Chris**
**770 DIXON DRIVE**
**GAINESVILLE, GA 30501-2912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Jekyll Brewing, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$661.50** | **$0.00** |

2.71    Priority creditor's name and mailing address

**Lopez, Jorge**
**770 DIXON DRIVE**
**GAINESVILLE, GA 30501-2912**

As of the petition filing date, the claim is:    **$661.50**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.72    Priority creditor's name and mailing address

**Lovejoy, Morgan**
**791 ASSIST LANE**
**JACKSONVILLE, FL 32259**

As of the petition filing date, the claim is:    **$716.47**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.73    Priority creditor's name and mailing address

**Loyd, Waverly**
**13277 EGRETS MARSH DRIVE**
**JACKSONVILLE, FL 32224-1373**

As of the petition filing date, the claim is:    **$1,020.02**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.74    Priority creditor's name and mailing address

**Lundmark, Jackson**
**2929 SAVANNAH WALK LN**
**SUWANEE, GA 30024**

As of the petition filing date, the claim is:    **$193.51**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor   **Jekyll Brewing, LLC**                                          Case number (if known) _____
_____
Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.54 | $0.00 |
|---|---|---|---|---|

**Lundmark, Thomas**
**2929 SAVANNAH WALK LN**
**SUWANEE, GA 30024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.85 | $0.00 |
|---|---|---|---|---|

**M, Lyndsey**
**1350 SQUIRREL RUN**
**ALPHARETTA, GA 30004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,811.01 | $0.00 |
|---|---|---|---|---|

**Marabell, Madison**
**1100 SEAGATE AVENUE**
**59**
**NEPTUNE BEACH, FL 32266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,039.25 | $0.00 |
|---|---|---|---|---|

**Marchek, Connor**
**160 Wilde Green Drive**
**Roswell, GA 30075-5588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Jekyll Brewing, LLC**    Case number *(if known)* _____

_____
Name

| | | | |
|---|---|---|---|
| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,009.44    $0.00 |

**Marsh, Jacquline**
**5592 BOGUS ROAD**
**GAINESVILLE, GA 30506-2962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.80 | Priority creditor's name and mailing address | $1,090.24    $0.00 |

**Martinez, Oscar**
**705 LAKE FOREST PASS**
**ROSWELL, GA 30076-2514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.81 | Priority creditor's name and mailing address | $684.36    $0.00 |

**Mathewes, Eudora**
**3450 ALEXANDER CIRCLE**
**CUMMING, GA 30041-8291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.82 | Priority creditor's name and mailing address | $689.77    $0.00 |

**Maya, Mairyn**
**2135 Laurel Mill Way**
**Roswell, GA 30076-2321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **Jekyll Brewing, LLC**
Name                                                    Case number (if known)

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,523.57 | $0.00 |
|---|---|---|---|---|

**McLarty, Michael**
**4006 LAKE UNION HILL WAY**
**ALPHARETTA, GA 30004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $611.24 | $0.00 |
|---|---|---|---|---|

**McReynolds, Joseph**
**3601 KERNAN BLVD S**
**APT 1334**
**JACKSONVILLE, FL 32224-9605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.48 | $0.00 |
|---|---|---|---|---|

**Miller, Darlene**
**972 DESOTO STREET**
**NORTHWEST**
**ATLANTA, GA 30314-2839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,191.73 | $0.00 |
|---|---|---|---|---|

**Norton, Alyssa**
**194 COLD CREEK DRIVE**
**ALPHARETTA, GA 30009-3604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Jekyll Brewing, LLC**

Name

Case number *(if known)*

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.06 | $0.00 |
|---|---|---|---|---|

**Orchard, Owen**
**420 MILLS LAKE DRIVE**
**CANTON, GA 30114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,847.80 | $0.00 |
|---|---|---|---|---|

**Oxford, Devan**
**3437 ALDRIDGE ROAD EAST**
**JACKSONVILLE, FL 32250-1503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,099.79 | $0.00 |
|---|---|---|---|---|

**Palacios, Maria**
**1325 GREENHOUSE DRIVE**
**APT 1325**
**ROSWELL, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,576.93 | $0.00 |
|---|---|---|---|---|

**Palacios, Moises**
**1325 GREENHOUSE DRIVE**
**APT 1325**
**ROSWELL, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Jekyll Brewing, LLC**                                          Case number *(if known)* _____
_____
Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.67 | $0.00 |

**Palermo, Elizabeth**
**220 HIGHLANDS DRIVE**
**WOODSTOCK, GA 30188-6081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.84 | $0.00 |

**Parsons, Paige**
**3410 DAVIS BRIDGE RD**
**GAINESVILLE, GA 30506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.74 | $0.00 |

**Pena, Emma**
**11800 UNF Drive**
**713**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,063.61 | $0.00 |

**Peraza De Suarez, Zenaida**
**3544 St Johns Bluff Rd S**
**1021**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Jekyll Brewing, LLC**

Name                                                    Case number *(if known)* _____

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$859.45** | **$0.00** |
|------|---|---|---|---|

**Perez, Julie**
**361 River Run Drive**
**Atlanta, GA 30350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,313.59** | **$0.00** |
|------|---|---|---|---|

**Peters, Vanessa**
**10116 Agave Road**
**Jacksonville, FL 32246-0706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,326.92** | **$0.00** |
|------|---|---|---|---|

**PLUMMER, ANTHONY W**
**126 PARTRIDGE RIDGE**
**WOODSTOCK, GA 30188-3114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$103.91** | **$0.00** |
|------|---|---|---|---|

**Pouliot, Paige**
**148 NEESE FARM DRIVE**
**WOODSTOCK, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Jekyll Brewing, LLC**

Name

Case number (if known)

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.53 | $0.00 |
|---|---|---|---|---|

**ramirez gomez, guadalupe**
**447 Jon Scott Drive**
**Alpharetta, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,703.85 | $0.00 |
|---|---|---|---|---|

**Ramirez, Arturo**
**1464 RAINTREE DRIVE**
**ROSWELL, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $787.30 | $0.00 |
|---|---|---|---|---|

**Rebolorio, Esly**
**1205 COUSIN ROAD**
**WOODSTOCK, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,563.56 | $0.00 |
|---|---|---|---|---|

**Reed, Maddison**
**4270 RIDGEFAIR DRIVE**
**CUMMING, GA 30040-1537**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Jekyll Brewing, LLC**                                           Case number *(if known)* _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                    Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.63 | $0.00 |

**2.103**

Priority creditor's name and mailing address

**Reichelt, Emily**
**2130 MAYPORT ROAD**
**1106**
**ATLANTIC BEACH, FL 32233**

As of the petition filing date, the claim is: **$701.63**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.104**

Priority creditor's name and mailing address

**Reyes, Kimberlin**

As of the petition filing date, the claim is: **$88.29**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.105**

Priority creditor's name and mailing address

**Rivera, Jose**
**1331 CRIQUE WAY**
**ROSWELL, GA 30076**

As of the petition filing date, the claim is: **$602.82**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.106**

Priority creditor's name and mailing address

**Roberts, Heather**
**466 BELL ROAD**
**LULA, GA 30554**

As of the petition filing date, the claim is: **$1,917.48**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Jekyll Brewing, LLC**                                    Case number (if known) _____
_____
Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$479.23** | **$0.00** |
|---|---|---|---|---|

**Scoles, Haleigh**
**1615 HASTING COURT**
**1615**
**GAINESVILLE, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$917.50** | **$0.00** |
|---|---|---|---|---|

**Scott, Stephen**
**8006 ROSESHIP**
**ACWORTH, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,266.23** | **$0.00** |
|---|---|---|---|---|

**Sharpton, Isabella**
**407 Justin Court**
**Woodstock, GA 30188-2285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$257.79** | **$0.00** |
|---|---|---|---|---|

**Shay, Molly**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Jekyll Brewing, LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.92 | $0.00 |
|---|---|---|---|---|

**SHIRAEF, ALISON N**
**1898 SPRING ROAD SOUTHEAST**
**3G**
**SMYRNA, GA 30080-2559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.20 | $0.00 |
|---|---|---|---|---|

**Shockley, Jason**
**3484 MILL STONE DRIVE**
**GAINESVILLE, GA 30506-1223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.43 | $0.00 |
|---|---|---|---|---|

**Sosa, Maria**
**1001 PARK HILL DRIVE**
**GAINESVILLE, GA 30501-2357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,680.43 | $0.00 |
|---|---|---|---|---|

**Stern, Sarah**
**1710 Cocoanut Road**
**Jacksonville, FL 32224-1128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Jekyll Brewing, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.88 | $0.00 |
|---|---|---|---|---|

**Streit, Josh**
**1848 PARKCREST DRIVE**
**JACKSONVILLE, FL 32211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.14 | $0.00 |
|---|---|---|---|---|

**Talley, Christopher**
**4593 MONTCLAIR CIRCLE**
**GAINESVILLE, GA 30506-5134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.98 | $0.00 |
|---|---|---|---|---|

**Tanner, Alexandra**
**107 DUVALL STREET**
**APT 107**
**WOODSTOCK, GA 30188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.55 | $0.00 |
|---|---|---|---|---|

**Trestini, Payton**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Jekyll Brewing, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.11 | $0.00 |
| --- | --- | --- | --- | --- |

**Turrentine, Shelby**
**14443 PELICAN BAY COURT**
**JACKSONVILLE, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.27 | $0.00 |
| --- | --- | --- | --- | --- |

**Underwood, Jacob**
**121 WOODBERRY COURT**
**WOODSTOCK, GA 30188-4940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,010.70 | $0.00 |
| --- | --- | --- | --- | --- |

**Urban, Francisco Raul**
**2653 BUENA VISTA CIRCLE**
**GAINESVILLE, GA 30504-6083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,081.62 | $0.00 |
| --- | --- | --- | --- | --- |

**Valderrama, Mary**
**13300 ATLANTIC BOULEVARD**
**508**
**JACKSONVILLE, FL 32225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Jekyll Brewing, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.23 | $0.00 |
|---|---|---|---|---|

**Vargas, Andres**
**170 Old Holcomb Bridge Way**
**Roswell, GA 30076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,556.39 | $0.00 |
|---|---|---|---|---|

**Vazquez, Norma**
**1136 RAPPAHANNOCK DRIVE**
**ALPHARETTA, GA 30009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.77 | $0.00 |
|---|---|---|---|---|

**Watson, Brian**
**5620 WEDDINGTON DRIVE**
**CUMMING, GA 30040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.11 | $0.00 |
|---|---|---|---|---|

**Weidmann, Mikaela**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Jekyll Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,744.59 | $0.00 |
|---|---|---|---|---|

**wigginton, darius**
**4705 TREELODGE PKWY**
**SANDY SPRINGS, GA 30375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.92 | $0.00 |
|---|---|---|---|---|

**WILKINS, PATRICIA**
**187 5TH AVENUE SOUTH**
**JACKSONVILLE BEAC, FL 32250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.92 | $0.00 |
|---|---|---|---|---|

**WILKINS, TRAVIS T**
**187 5TH AVENUE SOUTH**
**615**
**JACKSONVILLE BEAC, FL 32250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,866.94 |
|---|---|---|---|

**Alsco**
**PO Box 41146**
**Jacksonville, FL 32203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,591.56 |
|---|---|---|---|

**Beaches Energy**
**11 3RD STREET N**
**Jacksonville, FL 32250-6930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Jekyll Brewing, LLC**

Name

Case number *(if known)*

---

| | |
|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** |

**Direct Capital**
**155 Commerce Way**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$39,598.56**

---

| | |
|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** |

**Douglas J. Crabtree**
**4980 Exodus Ct**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,513.81**

---

| | |
|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** |

**Jax Beach Town Center LLC**
**1283 Ponte Vedra Blvd**
**Ponte Vedra Bch, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24,578.49**

---

| | |
|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** |

**Michael Lundmark**
**2929 Savannah Walk Lane**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _unpaid guaranteed payments / comp_

Is the claim subject to offset? ■ No ☐ Yes

**$570,319.80**

---

| | |
|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** |

**Phoenix Family Partners Inc**
**855 MALVERN HILL**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**Premier Grease**
**PO BOX 3535**
**Alpharetta, GA 30023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

| | |
|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** |

**SBS Services Group LLC**
**PO Box 208299**
**Dallas, TX 75320-8299**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,681.90**

---

| Debtor | **Jekyll Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$774,875.73** |
|---|---|---|---|

**SWI Hospitality**
**c/o Stites & Harbison**
**303 Peachtree St NE, STE 2800**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00** |
|---|---|---|---|

**Tim Wadsworth**
**520 FLYING SCOT WAY**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,097.24** |
|---|---|---|---|

**Vestis**
**2680 Palumbo Drive**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338,674.55** |
|---|---|---|---|

**William House**
**3635 HEBDEN BRIDGE LANE**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 142,202.35 |
| **5b. Total claims from Part 2** | 5b.  + | $ 1,863,788.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,005,990.93 |

**Fill in this information to identify the case:**

Debtor name    **Jekyll Brewing, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Jekyll Brewing, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Michael Lundmark** | **2929 Savannah Walk Lane Suwanee, GA 30024** | **Amicus Funding Group LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Jekyll Brewing, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ☐ Operating a business<br>■ Other   **Holding Company** | **$2,390,214.59** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Holding Company** | **$9,267,102.00** |
   | **For the fiscal year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Holding Company** | **$9,288,548.25** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

| Debtor | Jekyll Brewing, LLC | Case number *(if known)* | |

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **PRIM ACC Retail LLC vs Jekyll Brewing LLC et al 25DD005801** | **civil action regarding lease** | **State Court of Fulton County, GA** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Jekyll Brewing, LLC**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Robl & Bowen, LLC<br>3754 LaVista Rd<br>Suite 250<br>Tucker, GA 30084** | | | **$4,200.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

| Debtor | **Jekyll Brewing, LLC** | Case number *(if known)* |
|--------|-------------------------|--------------------------|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|-----------------------------|----------------------------|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Jekyll Brewing, LLC**                                    Case number *(if known)*

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| 25.1.  **See attached list of 21 owners** | | EIN:

From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Debtor    **Jekyll Brewing, LLC**                                                  Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Robert DeLettera**<br>**4565 Concord Village Lane**<br>**Cumming, GA 30040** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address | |
|---|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Lundmark** | | **Manager** | **0% direct ownership** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **21 owners - per attached** | | | **Percentages are shown on attachment** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **Jekyll Brewing, LLC**                                          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**January 17, 2026**__

__**/s/ Michael Lundmark**__                                    __**Michael Lundmark**__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __**Manager**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Capital Account Reconciliation

Schedule K-1, Part II, Item L
(Keep for your records)

**2024**  Page 1

Name(s) as shown on return: JEKYLL BREWING LLC

Tax ID Number: 45-3840647

| Partner Name | Beginning Capital Account | Capital Contributed During Year | Current Year Net Income (Loss) | Other Increase (Decrease) | Withdrawals and Distributions | Ending Capital Account |
|---|---|---|---|---|---|---|
| MICHAEL LUNDMARK | | | | | | |
| RUSSELL R HOLLY | | | | | | |
| WILLIAM A HOUSE | | | | | | |
| TIM WADSWORTH | | | | | | |
| BALL BEARINGZ INC | | | | | | |
| GREGG GOLDENBERG | | | | | | |
| DEREK E WARE | | | | | | |
| DOUGLAS J CRABTREE | | | | | | |
| ALAN BRUNE | | | | | | |
| JONATHAN RACHEL | | | | | | |
| DAVID CHASE | | | | | | |
| DONALD DOLLAR | | | | | | |
| WAYNE RUSH | | | | | | |
| RONALD WROBEL | | | | | | |
| DOUGLAS COFFED | | | | | | |
| STEVE CRAINE | | | | | | |
| K DOUGLAS COOK | | | | | | |
| JOHN SCHRAUDENBACH | | | | | | |
| CHUYI XI | | | | | | |
| RDC HOLDINGS LLC | | | | | | |
| PHOENIX FAMILY PARTNERS INC | | | | | | |
| TOTALS | | | | | | |

WK_PCAR-LD

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Jekyll Brewing, LLC**

Case No.

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **4,200.00** |
    | Prior to the filing of this statement I have received | $ | **4,200.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.
    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following
    aspects of the bankruptcy case, except as excluded in Section 6:

    a.  [List other services that counsel has agreed to provide]
        **Analysis of Debtor's situation; Advising Debtor on requirements of Bankruptcy Code and Federal Rules of
        Bankruptcy Procedure; Assisting in preparation of Schedules and Statement of Financial Affairs; Seeking
        extensions as needed; Preparations for and attending 341 meeting; Assisting in responses document requests;
        Communications with creditors and trustee; and, Other ordinary Chapter 7 legal services.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **adversary proceedings; contested matters; Rule 2004 examinations and depositions; appeals.  Any services not
        within original retainer shall be invoiced hourly at 350/hr for principals of the firm, $250/hr for associates, and
        $150/hr for paralegals.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 17, 2026**

*Date*

**/s/ Michael D Robl**

**Michael D Robl 610905**
*Signature of Attorney*
**Robl & Bowen LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5173  Fax: 404-537-1761**
**michael@roblgroup.com**
*Name of law firm*

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Jekyll Brewing, LLC** _____   Case No. _____

_____   Debtor(s)                Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **January 17, 2026** _____        **/s/ Michael Lundmark** _____
                                                     **Michael Lundmark/Manager**
                                                     Signer/Title

Aguilar Raymundo, Jose
1205 COUSINS ROAD
WOODSTOCK, GA 30188


Aguilar, Josefa
1205 COUSINS ROAD
WOODSTOCK, GA 30188


Aguilar, Kevin
1205 COUSINS ROAD
WOODSTOCK, GA 30188


Aldrete, Keilani
255 GRAND CYPRESS DR
APT 1225
SAINT JOHNS, FL 32259


Alsco
PO Box 41146
Jacksonville, FL 32203


Alvarez, Carlo
2001 HODGES BOULEVARD
1310
JACKSONVILLE, FL 32224


Amicus Funding Group LLC
550 1st Ave N
Saint Petersburg, FL 33701


Anderson, Ben
3610 LEACH ROAD
GAINESVILLE, GA 30506

Anderson, Lilah
3610 LEACH ROAD
GAINESVILLE, GA 30506


Arreola, Porfirio
210 JOSEPH STREET
CANTON, GA 30115-4564


Artemis, Kristy
403 HATHAWAY AVENUE
WOODSTOCK, GA 30188-5062


Bacaron, Johan
409 CITRONELLE DRIVE
WOODSTOCK, GA 30188-3622


Barahona, Angie
109 William St
A
Gainesville, GA 30501-6252


Baron, Elise
5035 ROCKINGHAM DRIVE
ROSWELL, GA 30075


Beaches Energy
11 3RD STREET N
Jacksonville, FL 32250-6930


Bessada, Madeline
121 TOWEY TRAIL
WOODSTOCK, GA 30188


Bettinger, Lyndsey

Bolyard, Will
247 ARBOR HILL ROAD
CANTON, GA 30115


Bonadonna, Shannon
13326 AVENTIDE LANE
ALPHARETTA, GA 30004-4929


Bowers, Ethan
2165 FAIRFAX DRIVE
ALPHARETTA, GA 30009-3478


Buchanan, Preston
605 ROCKY CREEK POINT
WOODSTOCK, GA 30188-4727


Byers, Noah
5143 WHISPERING PINES DRIVE
GAINESVILLE, GA 30504


CHTD COMPANY
801 Adlai Stevenson Drive
Springfield, IL 62703


Clancy, Ryan
1028 BRADDOCK CIRCLE
WOODSTOCK, GA 30189-6118


Cogswell, Michaela
7217 STRICKLIN LANE
KEYSTONE HEIGHTS, FL 32656-8570


Contreras, David
53 OLD HOLCOMB BRIDGE WAY
ROSWELL, GA 30076-4307

```
Cordoba, Maria
1100 SEAGATE AVENUE
APT 212
NEPTUNE BEACH, FL 32266


Cortez Guadarrama, Edgar


Crater, Dana
1575 Ridenour Pkwy NW
213
Kennesaw, GA 30152


Cristhian, Anibal
609 Eagles Crest Village Lane
Roswell, GA 30076


Crown Equipment Corporation
P.O. Box 29071
Glendale, CA 91209-9071


Cruz-Caldas, Cynthia


Cupidore, Courtney
1138 Mayport Landing Dr
Atlantic Beach, FL 32233


Currier, Andrea
20 1st Street
Apt 5
Jacksonville Beach, FL 32250


DANIEL, JASON
1561 PINEBREEZE DR
MARIETTA, GA 30062
```

De La Cruz Alzamora, Elmer
7507 Covewood Drive
Jacksonville, FL 32256-1501


Deboutte, Amanda
4090 HODGES BOULEVARD
2603
JACKSONVILLE, FL 32224


Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Douglas J. Crabtree
4980 Exodus Ct
Marietta, GA 30062


Downing, Christina
900 PRESTON GLEN CIRCLE
106
CANTON, GA 30114


Dyer, Wesley
108 Mandalay Road
Gainesville, GA 30501-1446


eLease Funding Inc
550 1st Ave N
Saint Petersburg, FL 33701


Ely, Elizabeth
1324 OVERLAND PARK DRIVE
BRASELTON, GA 30517-1407

Estrada Elias, Oscar
1205 COUSINS ROAD
WOODSTOCK, GA 30188-5564


EWING, JEFFREY T
6724 CRESTWOOD PENINSULA
FLOWERY BRANCH, GA 30542-2653


Faircloth, Rebecca
100 GREAT HARBOR WAY
APT 1805
PONTE VEDRA BEACH, FL 32082-1277


Farmer, Bram
394 E DIXIE AVE SE
MARIETTA, GA 30060-2514


Ferguson, Joseph
653 MONUMENT ROAD
611
JACKSONVILLE, FL 32225


FINANCIAL AGENT SERVICES
801 Adlai Stevenson Drive
Springfield, IL 62703


Financial Pacific Leasing Inc
PO Box 4568
Auburn, WA 98001


First Utah Bank
11025 South State St
Sandy, FL 84070


Gazur, Aliyah

Georgia Department of Revenue
PO Box 740387
Atlanta, GA 30374-0387


Giles, Kensington
205 FOOTHILL DRIVE
WOODSTOCK, GA 30188-2807


Girolami, Peter
349 Rum Runner Way
Saint Johns, FL 32259-2271


Godwin, Alena
307 Buckpasser Court
Acworth, GA 30102


Gomez, Fabiola
1304 ROSEMONT PARKWAY
1304
ROSWELL, GA 30076


GREEN, CHRISTOPHER F
5305 LOWER CREEK COURT
CUMMING, GA 30040-6491


Hallmark, Lexxi
4360 DEERWOOD LAKE PKWY
APT 207
JACKSONVILLE, FL 32216


Harkins, Mary
260 HOLLYBERRY DRIVE
ROSWELL, GA 30076-1214

Harrington, Andrew
1067 DAVENTRY CROSSING
WOODSTOCK, GA 30188-7135


Harrington, Lana
1067 DAVENTRY CROSSING
WOODSTOCK, GA 30188-7135


Harrison, Charlize
5040 ROCKINGHAM DR
ROSWELL, GA 30075


Hastreiter, Faith
1848 PARKCREST DRIVE
JACKSONVILLE, FL 32211


Heatwole, Hanna
320 11TH AVENUE NORTH
JACKSONVILLE BEAC, FL 32250


Heber, Elizabeth
900 BUICE LAKE PARKWAY
8107
ACWORTH, GA 30102


Henderson, Rob


Hernandez, Hector
2216 CHICOPEE STREET
GAINESVILLE, GA 30504-5904


Hernandez, Miguel
2216 CHICOPEE STREET
GAINESVILLE, GA 30504-5904

Herson, Charlie
522 ROKEBY DR
WOODSTOCK, GA 30188-6914


HERSON, THOMAS E
522 ROKEBY DR
WOODSTOCK, GA 30188-6914


Hinkle, Peyton
3230 Mystic Pond Loop
Lakeland, FL 33811-2283


Jax Beach Town Center LLC
1283 Ponte Vedra Blvd
Ponte Vedra Bch, FL 32082


Keg Logistics LLC
9110 East Nichols Avenue
Suite 105
Centennial, CO 80112


Kelley, Olivia
6037 Coventry Circle
Alpharetta, GA 30004-7415


Kelly, Sophia
631 2ND AVENUE SOUTH
JACKSONVILLE BEAC, FL 32250


KLC Financial LLC
4350 Baker Rd
Suite 100
Minnetonka, MN 55343

Kreider, Deanna
4460 Hodges Boulevard
209
Jacksonville, FL 32224-5201


Lagi, Kiera
187 FIFTH AVE SOUTH
JACKSONVILLE BEAC, FL 32250


Lane, Anna
2745 LAURELWOOD LANE
ALPHARETTA, GA 30009


Laughlin, Lauren
4814 HUNTERS OAKS LANE
ALPHARETTA, GA 30009


Leuzarder, Patrick
106 JUNALUSKA DRIVE
WOODSTOCK, GA 30188


Lingerfelt, Emerald
123 RIVERBEND CIRCLE
GAINESVILLE, GA 30501


Lonardo, Jessica
402 Caboose Lane
Valrico, FL 33594


Lopez, Chris
770 DIXON DRIVE
GAINESVILLE, GA 30501-2912


Lopez, Jorge
770 DIXON DRIVE
GAINESVILLE, GA 30501-2912

```
Lovejoy, Morgan
791 ASSIST LANE
JACKSONVILLE, FL 32259


Loyd, Waverly
13277 EGRETS MARSH DRIVE
JACKSONVILLE, FL 32224-1373


Lundmark, Jackson
2929 SAVANNAH WALK LN
SUWANEE, GA 30024


Lundmark, Thomas
2929 SAVANNAH WALK LN
SUWANEE, GA 30024


M, Lyndsey
1350 SQUIRREL RUN
ALPHARETTA, GA 30004


Macquarie Equip Capital
1301 Riverplace Blvd
Jacksonville, FL 32207


Marabell, Madison
1100 SEAGATE AVENUE
59
NEPTUNE BEACH, FL 32266


Marchek, Connor
160 Wilde Green Drive
Roswell, GA 30075-5588


Marlin Leasing Corp
300 Fellowship Rd
Mount Laurel, NJ 08054
```

Marsh, Jacquline
5592 BOGUS ROAD
GAINESVILLE, GA 30506-2962


Martinez, Oscar
705 LAKE FOREST PASS
ROSWELL, GA 30076-2514


Mathewes, Eudora
3450 ALEXANDER CIRCLE
CUMMING, GA 30041-8291


Maya, Mairyn
2135 Laurel Mill Way
Roswell, GA 30076-2321


McLarty, Michael
4006 LAKE UNION HILL WAY
ALPHARETTA, GA 30004


McReynolds, Joseph
3601 KERNAN BLVD S
APT 1334
JACKSONVILLE, FL 32224-9605


Michael Lundmark
2929 Savannah Walk Lane
Suwanee, GA 30024


Miller, Darlene
972 DESOTO STREET NORTHWEST
ATLANTA, GA 30314-2839

```
New York Hop Guild LLC
c/o Richard Howe
4385 Kimball Bridge RD, STE 10
Alpharetta, GA 30022


Norton, Alyssa
194 COLD CREEK DRIVE
ALPHARETTA, GA 30009-3604


Orchard, Owen
420 MILLS LAKE DRIVE
CANTON, GA 30114


Oxford, Devan
3437 ALDRIDGE ROAD EAST
JACKSONVILLE, FL 32250-1503


Palacios, Maria
1325 GREENHOUSE DRIVE
APT 1325
ROSWELL, GA 30076


Palacios, Moises
1325 GREENHOUSE DRIVE
APT 1325
ROSWELL, GA 30076


Palermo, Elizabeth
220 HIGHLANDS DRIVE
WOODSTOCK, GA 30188-6081


Parsons, Paige
3410 DAVIS BRIDGE RD
GAINESVILLE, GA 30506
```

Pena, Emma
11800 UNF Drive
713
Jacksonville, FL 32224


Peraza De Suarez, Zenaida
3544 St Johns Bluff Rd S
1021
Jacksonville, FL 32224


Perez, Julie
361 River Run Drive
Atlanta, GA 30350


Peters, Vanessa
10116 Agave Road
Jacksonville, FL 32246-0706


Phoenix Family Partners Inc
855 MALVERN HILL
Alpharetta, GA 30022


PLUMMER, ANTHONY W
126 PARTRIDGE RIDGE
WOODSTOCK, GA 30188-3114


Pouliot, Paige
148 NEESE FARM DRIVE
WOODSTOCK, GA 30188


Premier Grease
PO BOX 3535
Alpharetta, GA 30023

ramirez gomez, guadalupe
447 Jon Scott Drive
Alpharetta, GA 30009


Ramirez, Arturo
1464 RAINTREE DRIVE
ROSWELL, GA 30076


Rebolorio, Esly
1205 COUSIN ROAD
WOODSTOCK, GA 30188


Reed, Maddison
4270 RIDGEFAIR DRIVE
CUMMING, GA 30040-1537


Reichelt, Emily
2130 MAYPORT ROAD
1106
ATLANTIC BEACH, FL 32233


Reyes, Kimberlin


Rivera, Jose
1331 CRIQUE WAY
ROSWELL, GA 30076


Roberts, Heather
466 BELL ROAD
LULA, GA 30554


SBS Services Group LLC
PO Box 208299
Dallas, TX 75320-8299

Scoles, Haleigh
1615 HASTING COURT
1615
GAINESVILLE, GA 30504


Scott, Stephen
8006 ROSESHIP
ACWORTH, GA 30101


Sharpton, Isabella
407 Justin Court
Woodstock, GA 30188-2285


Shay, Molly


SHIRAEF, ALISON N
1898 SPRING ROAD SOUTHEAST
3G
SMYRNA, GA 30080-2559


Shockley, Jason
3484 MILL STONE DRIVE
GAINESVILLE, GA 30506-1223


Signature Bank
6065 Roswell Road
Suite 600
Atlanta, GA 30328


Sosa, Maria
1001 PARK HILL DRIVE
GAINESVILLE, GA 30501-2357


Stern, Sarah
1710 Cocoanut Road
Jacksonville, FL 32224-1128

```
Streit, Josh
1848 PARKCREST DRIVE
JACKSONVILLE, FL 32211


SWI Hospitality
c/o Stites & Harbison
303 Peachtree St NE, STE 2800
Atlanta, GA 30308


Synovus Bank
33 W 14th Street
Columbus, GA 31901


Talley, Christopher
4593 MONTCLAIR CIRCLE
GAINESVILLE, GA 30506-5134


Tanner, Alexandra
107 DUVALL STREET
APT 107
WOODSTOCK, GA 30188


Tim Wadsworth
520 FLYING SCOT WAY
Alpharetta, GA 30005


Trestini, Payton


Turrentine, Shelby
14443 PELICAN BAY COURT
JACKSONVILLE, FL 32224


U.S. Small Bus Admin
2 North Street
Suite 320
Birmingham, AL 35203
```

Underwood, Jacob
121 WOODBERRY COURT
WOODSTOCK, GA 30188-4940


Urban, Francisco Raul
2653 BUENA VISTA CIRCLE
GAINESVILLE, GA 30504-6083


US Foods Inc
7950 Spence Rd
Fairburn, GA 30213


US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


Valderrama, Mary
13300 ATLANTIC BOULEVARD
508
JACKSONVILLE, FL 32225


Vargas, Andres
170 Old Holcomb Bridge Way
Roswell, GA 30076


Vazquez, Norma
1136 RAPPAHANNOCK DRIVE
ALPHARETTA, GA 30009


Vestis
2680 Palumbo Drive
Lexington, KY 40509

```
Watson, Brian
5620 WEDDINGTON DRIVE
CUMMING, GA 30040


Weidmann, Mikaela


wigginton, darius
4705 TREELODGE PKWY
SANDY SPRINGS, GA 30375


WILKINS, PATRICIA
187 5TH AVENUE SOUTH
JACKSONVILLE BEAC, FL 32250


WILKINS, TRAVIS T
187 5TH AVENUE SOUTH
615
JACKSONVILLE BEAC, FL 32250


William House
3635 HEBDEN BRIDGE LANE
Alpharetta, GA 30022
```

# United States Bankruptcy Court
### Northern District of Georgia

In re   **Jekyll Brewing, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jekyll Brewing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 17, 2026**

Date

**/s/ Michael D Robl**

**Michael D Robl 610905**

Signature of Attorney or Litigant

Counsel for   **Jekyll Brewing, LLC**

**Robl & Bowen LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**