**IT IS ORDERED as set forth below:**



**Date: February 9, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-50746-bem |
| | : | |
| JEKYLL BREWING, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS, SUBJECT TO OBJECTION**

On February 4, 2026, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "Trustee"), filed an application for appointment of Ardis Law LLP ("Ardis" or "Applicant") as attorneys for Trustee [Doc. No. 10] (the "Application"). The Application and accompanying verified statement demonstrate that John K. Rezac, a Partner in Ardis, is qualified to practice in this Court and that

Ardis is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of a professional for the purpose specified, it is hereby

ORDERED that, under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case; provided, however, nothing in this order is intended to approve any specific services to be rendered or to decide whether such services constitute legal services or the fulfilment of the trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016. It is further

ORDERED that compensation shall be paid to Ardis upon notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

ORDERED that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and

such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

Prepared and presented by:

Ardis LAW LLP

By: /s/ John K. Rezac
John K. Rezac
Georgia Bar Number 601935
2300 Windy Ridge Pkwy, SE, Suite 1165N
Atlanta, GA 30339-5665
(678) 643-1357
jrezac@ardis.law

Proposed Attorneys for Trustee

**Distribution List**:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jekyll Brewing, LLC
2929 Savannah Walk Lane
Suwanee, GA 30024

Jekyll Brewing Gainesville, LLC
2929 Savannah Walk Lane
Suwanee, GA 30024

Jekyll Brewing City Center, LLC
2929 Savannah Walk Lane
Suwanee, GA 30024

Alpha Main, LLC
2929 Savannah Walk Lane
Suwanee, GA 30024

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084