UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 26-50746-bem |
| | : | |
| Jekyll Brewing, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| . | : | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL NOTICES

Matthew J. Lee of Wright Law Group, PLLC, counsel for creditor KLC Financial, LLC fka KLC Financial, Inc., ("Creditor") hereby enters his appearance pursuant to F.R.B.P. 2002 and 9010 and requests that all notices given, and all pleadings, motions, orders and other documents served in the above-captioned case be given and served to:

Matthew J. Lee
Wright Law Group, PLLC
1870 The Exchange SE, Suite 220
PMB 84356
Atlanta, GA 30339
Tel. & Fax: (404) 445-2893
Email: mjl@replevin.com

Respectfully submitted, this 10th day of February 2026.

/s/Matthew J. Lee
MATTHEW J. LEE
Georgia Bar No. 140814
WRIGHT LAW GROUP, PLLC
1870 The Exchange SE, Suite 220
PMB 84356
Atlanta, GA 30339
Phone: (855) 737-5384 (x109)
Direct: (404) 445-2893
Email: mjl@replevin.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a true and correct copy of the within NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, filed in this bankruptcy matter via electronic notice to parties and their representatives who are ECF Filers, or by depositing a copy of same in the United States Mail, postage prepaid, to all other interested parties addressed as follows:

*Represented by (via CM/ECF)*
Maxwell William Bowen
Robl & Bowen LLC
Suite 250
3754 Lavista Road
Tucker, GA 30084

*Represented by (via CM/ECF)*
Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

*Trustee (via CM/ECF)*
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

*Represented by (via CM/ECF)*
John K. Rezac
Ardis Law LLP
2300 Windy Ridge Pkwy.
Ste 1165N
Atlanta, GA 30339

*US Trustee (via CM/ECF)*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

      This 10th day of February 2026.

      /s/Matthew J. Lee