**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Jekyll Brewing, LLC**
2929 Savannah Walk Lane
Suwanee, GA 30024

**45−3840647**

Case No.: **26−50746−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION,
DISCHARGING TRUSTEE AND CLOSING ESTATE**

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: August 13, 2026
Form 184